FILED LODGED ENTERED RECEIVED 6/30/99

JUN 29 1999

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BINH PHAN, | CASE NOS. C98-234Z |
| SON THAI HUYNH, | C99-177C |
| DENNIS VLADIMIROVICH BATYUCHENKO, | C99-185R |
| KHAMSEANE SIVONGXAY, and | C99-341WD |
| KIM HO MA, | C99-151L |
| Petitioners, | C99-814C |
| v. | |
| JANET RENO, United States Attorney General; UNITED STATES IMMIGRATION AND NATURALIZATION SERVICE; and RICHARD C. SMITH, Seattle INS District Director, | SUPPLEMENTAL ORDER STAYING RELATED CASES |
| Respondents. | |

On April 22, 1999, the Court issued an "Order on Lead Cases, and Stay of Related Cases" setting forth procedures which will be employed to manage a large number of habeas corpus petitions filed on behalf of persons currently detained for an indefinite period under authority of the Immigration and Naturalization Service ("INS"). That Order identified all cases, filed as of that date, which were known to raise the common issues related to indefinite INS detention.

8

Since the issuance of that Order, additional cases raising the same common issues have been identified. A list of these cases is attached as Appendix B to this Order. In Order to ensure conformity of treatment, all cases identified in Appendix B will be governed by the provisions of the Court's April 22, 1999 Order. Accordingly, all cases identified in Appendix B are STAYED.

The Clerk shall direct copies of this Order and of the Court's "Order on Lead Cases, and Stay of Related Cases" to all petitioners in cases listed in Appendix B (making such service upon counsel for all petitioners who are represented); to the United States Attorney; to each United States District Judge; and to each United States Magistrate Judge.

DATED this 29 day of June, 1999.

JOHN C. COUGHENOUR
Chief United States District Judge

Recommended for entry this
25 day of June, 1999.

JOHN L. WEINBERG
United States Magistrate Judge

# APPENDIX B

| Case Number | Case Name |
|---|---|
| C99-112Z | Federov v. Smith |
| C99-193L | Soulivong v. INS |
| C99-222C | Nguyen v. INS |
| C99-350L | Negash v. INS |
| C99-494Z | Lich v. Smith |
| C99-609C | Ngu v. INS |
| C99-640R | Keovongphet v. INS |
| C99-635Z | Tran v. INS |
| C99-636R | Huynh Nguyen v. INS |
| C99-637Z | Nghia Nguyen v. INS |
| C99-638WD | Ngoc v. INS |
| C99-639C | Anh v. INS |
| C99-667R | Hoang Nguyen v. INS |
| C99-672Z | Yim v. INS |
| C99-673Z | Srimenagsam v. INS |
| C99-666Z | Mokthar v. INS |
| C99-669WD | Vilayphonh v. INS |
| C99-670WD | Pham v. INS |
| C99-671R | Saly v. INS |
| C99-719C | Bin v. INS |
| C99-718C | Le v. INS |
| C99-720C | Mekavong v. INS |
| C99-721R | Khin v. INS |
| C99-775C | Duong v. INS |
| C99-811Z | Som v. INS |
| C99-812Z | Minh Nguyen v. INS |
| C99-813L | Nam Nguyen v. INS |
| C99-814C | Tran v. INS |

| Case Number | Case Name |
|---|---|
| C99-815L | Ma v. INS |
| C99-826WD | Moeun v. INS |
| C99-833WD | Thorng v. INS |
| C99-834Z | Thamala v. INS |
| C99-842WD | Verdecia v. INS |
| C99-843C | Cheng v. INS |
| C99-844WD | Atkins v. INS |
| C99-892R | Bao v. INS |
| C99-893C | Tuan v.INS |
| C99-910WD | Tran v. INS |
| C99-930R | Duong v. INS |
| C99-952R | Shakvaladyan v. INS |
| C99-953R | Suarez-Prendez v. INS |
| C99-954R | Hoang v. INS |
| C99-955Z | Tsavoukyan v. INS |
| C99-967C | Minh v. INS |
| C99-968L | Amanuel v. INS |
| C99-969WD | Wattar v. INS |
| C99-978L | Abdi v. INS |
| C99-988C | Chinye v. INS |
| C99-1005L | Sahle v. INS |
| C99-1046R | Ngo v. INS |
|  |  |

APPENDIX B

FILED ENTERED
LODGED RECEIVED
APR 22 1999 PM
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BINH PHAN, | CASE NOS. C98-234Z |
| SON THAI HUYNH, | C99-177C |
| DENNIS VLADIMIROVICH BATYUCHENKO, | C99-185R |
| KHAMSEANE SIVONGXAY, and | C99-341WD |
| KIM HO MA, | C99-151L |
| Petitioners, | |
| v. | |
| JANET RENO, United States Attorney General; UNITED STATES IMMIGRATION AND NATURALIZATION SERVICE; and RICHARD C. SMITH, Seattle INS District Director, | ORDER ON LEAD CASES, AND STAY OF RELATED CASES |
| Respondents. | |

**1. General Provisions**

Currently pending before this court are over 50 habeas corpus petitions, filed on behalf of persons currently detained for an indefinite period under authority of the Immigration and Naturalization Service. A list of these cases is attached as Appendix A to this order. These petitions present a number of common issues, including the constitutionality of such detention.

These cases are presently assigned to five different United States District Judges of this court. Each Judge will individually resolve the cases pending before him or her. But the court believes it will be beneficial if the common issues in these cases can be briefed and argued together, affording the five District Judges the opportunity to confer as to those issues before making rulings.

Given the fact that the petitioners are in custody, and are likely to remain so for an indefinite period, the court also seeks to expedite decision in these cases as fully as possible, consistent with fair opportunities for the parties to present the issue, and for the court to consider and resolve them appropriately.

The procedures described in the balance of this Order are intended to promote these objectives.

**2. Designation of Five "Lead Cases"**

The court has selected five cases to serve as "lead cases." Each case is assigned to a different United States District Judge. The five cases are:

Sivongxay v. INS, C99-341WD

Huynh v. INS, C99-177C

(This case has been re-assigned from the Hon. Thomas S. Zilly to the Hon. John C. Coughenour, Chief Judge. The court defers briefing, argument and decision on any claim by petitioner Huynh that he is a citizen of the United States.)

Batyuchenko v. INS, C99-185R

Phan v. Smith, C98-234Z

Ma v. INS, C99-151L

(This case has been re-assigned from the Hon. William L. Dwyer to the Hon. Robert S. Lasnik.)

Orders of Reference in these five cases to the United States Magistrate Judges are hereby vacated.

**3. Briefing in Lead Cases**

Briefing in the lead cases shall conform to the schedule set forth in this paragraph. Briefs by counsel for the parties in those five cases shall address *all issues* in those cases.

(A) Counsel for the petitioners in the lead cases shall file and serve their opening memoranda, and any supporting material, not later than **April 30, 1999.** The total length of the memoranda and supporting materials submitted by a given counsel shall not exceed 50 pages. The Federal Public Defender shall provide copies of those materials to counsel for all petitioners in cases which appear in Appendix A but which have not been designated as lead cases.

(B) Counsel for any petitioner in a case which appears in Appendix A but which has not been designated as a lead case, may file and serve supplemental memoranda not later than **May 10, 1999.** Counsel should file such memoranda only after reviewing the memoranda and other materials filed by counsel in the lead cases. Such memoranda shall not exceed 25 pages in length; shall *address only the Common Issues* listed in paragraph 4 below; and shall not duplicate arguments and authorities already presented by counsel in the lead cases.

(C) Respondents shall file and serve their response not later than **May 21, 1999.** This response shall not exceed a total of 50 pages in length.

(D) Counsel for petitioners in the lead cases shall file and serve any reply not later than **May 28, 1999.** Such replies shall not exceed 25 pages in length.

All memoranda and supporting materials filed in the lead cases shall bear the same caption as appears on this Order. Counsel shall file with the Clerk an **original and nine** (9) **copies** of all memoranda and supporting materials. The Clerk is directed to file one copy in each court file, and provide one chambers copy to each United States District Judge.

**4. Creation of "Panel," Oral Argument and Decision of Lead Cases**

By this Order, the court creates a Panel of the court to consider the memoranda of the parties and to hear oral argument in the lead cases. The Panel shall consist of the Hon. John C. Coughenour, Chief Judge; the Hon. Barbara Jacobs Rothstein; the Hon. Thomas S. Zilly; the Hon. Robert S. Lasnik; and the Hon. William L. Dwyer.

Oral argument will be limited to the following four "Common Issues":

(A) Jurisdiction of the court to entertain habeas petitions;
(B) Necessity for Exhaustion of Administrative Remedies;
(C) Constitutionality of INS Detention for Indefinite Period; and
(D) Special Issues Presented by the Fact that a Case is Governed by Former Immigration Statutes, by Transitional Rules, or by New Immigration Statutes.

Oral argument shall not exceed three (3) hours total, to be divided equally between petitioners and respondent. Counsel for petitioners shall agree on a division between them of their allotted time. Oral argument will be conducted on June 17, 1999, starting at 1:30 p.m. in the courtroom of Chief Judge Coughenour, Sixth Floor of the United States Courthouse in Seattle.

As soon as possible after oral argument, the United States District Judge to whom a lead case is assigned shall enter a final decision in that case, if possible, or resolve as many issues as possible and order appropriate further proceedings. Copies of that Judge's order shall be provided to all other petitioners whose cases are pending before that Judge (through their counsel, where applicable).

**5. Stay of Cases Other than Lead Cases**

All cases listed in Appendix A, except for the five cases identified in this Order as lead cases, are hereby STAYED, for all purposes, except that the court will, as necessary:

(a) Rule upon applications for leave to proceed *in forma pauperis*;

(b) Determine whether to order service of process;

(c) Rule upon applications for the appointment of counsel; and

(d) Enter any stipulated orders of dismissal.

The court will extend this stay order to all other cases which present some or all of the Common Issues, whether such case is presently pending or is filed after the date of this Order.

Once a United States District Judge enters an order in a lead case, resolving all the issues in that case or as many issues as possible, it is expected that the Judge will vacate the stay in the other cases assigned to that Judge. Petitioners in those cases (through their counsel, where represented) will have a full opportunity to present all relevant facts and other circumstances of that case, and to present their arguments as to the results compelled by those facts. Each case will be resolved as promptly as possible on its merits by the United States District Judge to whom it is assigned.

**6. Service of This Order**

The Clerk shall direct copies of this Order to all petitioners in cases listed in Appendix A (making such service upon counsel for all petitioners who are represented); to the United States Attorney; to each United States District Judge; and to each United States Magistrate Judge.

DATED this 22nd day of April, 1999.

JOHN C. COUGHENOUR
Chief United States District Judge

BARBARA JACOBS ROTHSTEIN
United States District Judge

THOMAS S. ZILLY
United States District Judge

ROBERT S. LASNIK
United States District Judge

WILLIAM L. DWYER
United States District Judge